UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JACKIE OWENS,<br><br>    *Petitioner*,<br><br>vs.<br><br>BRIAN WILLIAMS, *et al.,*<br><br>    *Respondents*. | Case No. 2:16-cv-00400-RFB-PAL<br><br>**ORDER** |

For good cause shown,

IT IS ORDERED that petitioner's motion (ECF No. 11) for an extension of time is GRANTED, and the time for the Federal Public Defender to file a notice of representation or otherwise respond to the Court's prior order (ECF No. 10) is extended up to and including August 1, 2018.

DATED: July 9, 2018.

_____
RICHARD F. BOULWARE, II
United States District Judge