UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JACKIE OWENS, <br><br> Petitioner, <br><br> v. <br><br> BRIAN WILLIAMS, et al., <br><br> Respondents. | Case No. 2:16-cv-00400-RFB-PAL <br><br> ORDER |

Good cause appearing, petitioner's unopposed motion for extension of time (ECF No. 18) is GRANTED. Petitioner will have until May 7, 2019, to file an amended petition for writ of habeas corpus in this case.

IT IS SO ORDERED.

DATED THIS 10th day of January, 2019.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE