UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

JACKIE OWENS,

            Petitioner,

     v.

BRIAN WILLIAMS, et al.,

          Respondents.

Case No. 2:16-cv-00400-RFB-PAL

ORDER

      Good cause appearing, petitioner's unopposed motion for extension of time (ECF No. 21) is GRANTED. Petitioner will have until June 14, 2019, to file an amended petition for writ of habeas corpus in this case.

      IT IS SO ORDERED.

      DATED this <u>8th</u> day of May, 2019.

_____

RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE