UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JACKIE OWENS,<br>　　　　Petitioner,<br>　v.<br>BRIAN WILLIAMS, et al.,<br>　　　　Respondents. | Case No. 2:16-cv-00400-RFB-CWH<br><br>ORDER |

IT IS HEREBY ORDERED that the Court's order of September 6, 2018, (ECF No. 16) is modified as follows:

IT IS ORDERED that the hard copy of any exhibits filed by either party shall be delivered – for this case – to the Las Vegas Clerk's Office.

IT IS SO ORDERED.

DATED THIS 21st day of June, 2019.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

1