# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JACKIE OWENS, <br><br> Petitioner, <br><br> v. <br><br> BRIAN WILLIAMS, *et al.*, <br><br> Respondents. | Case No. 2:16-cv-00400-RFB-DJA <br><br> **ORDER** |

This habeas matter comes before the Court on Petitioner Jackie Owens' second unopposed Motion for Extension of Time (ECF No. 31). Good cause appearing, Owens' motion is GRANTED. Owens has until November 21, 2019, to file a request in the Ninth Circuit to allow him to file a successive petition. All other instructions stated in the October 1, 2019 Order (ECF No. 28) granting a stay and abeyance remain in effect. By granting Owens' current motion, the Court makes no finding or representation that either the request to the Ninth Circuit or a successive petition will be considered timely. Owens at all times remains responsible for identifying and calculating any applicable federal limitation period and timely submitting his request to the Ninth Circuit.

IT IS SO ORDERED.

DATED this 15th day of November, 2019.

**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**

1